UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x Civil Action No.: CV-04-4080 (NGG) (MDG)

UNITED STATES OF AMERICA, §
 §
                Plaintiff, §
   - against - §
 §
JIMMY RHONE, §
 §
                Defendant. §
-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 29 2005 ★

BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Jimmy Rhone failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Jimmy Rhone:

### Claim No. C99-18550W

| | |
|---|---|
| Principal Balance: | $5,218.29 |
| Total Interest Accrued at 8.000%: | $3,987.94 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $9,386.23 |

### Claim No. C99-18551W:

| | |
|---|---|
| Principal Balance: | $592.00 |
| Total Interest Accrued at 5.0%: | $375.87 |
| Subtotal: | $967.87 |
| Grand Total of all claims: | $10,354.10 |
| Attorney's Fees: | $ |
| Total Owed: | $10,354.10 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
April 29, 2004

Nicholas G. Garaufis
United States District Judge